1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:   (619) 234-8467
4  Facsimile:    (619) 687-2666
   Email:         David_Peterson@fd.org

6  Attorneys for Defendant

8                       UNITED STATES DISTRICT COURT
9                      SOUTHERN DISTRICT OF CALIFORNIA
10                        **(HONORABLE JAN M. ADLER)**

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) CASE NO. 08MJ1642 |
| 12 | Plaintiff, | ) |
| 13 | v. | ) |
| 14 | MANUEL FONTES-ACOSTA, | ) **NOTICE OF APPEARANCE** |
| 15 | Defendant. | ) |

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 lead attorney in the above-captioned case.

20                                          Respectfully submitted,

22 Dated: June 3, 2008                      */s/ DAVID M. C. PETERSON*
                                            DAVID M.C. PETERSON
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
24                                          David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  June 3, 2008              /s/ *DAVID M. C. PETERSON*
                                   DAVID M.C. PETERSON
                                   Federal Defenders of San Diego, Inc.
                                   225 Broadway, Suite 900
                                   San Diego, CA  92101-5030
                                   (619) 234-8467  (tel)
                                   (619) 687-2666  (fax)
                                   David_Peterson@fd.org (email)